# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION
# DAYTON, OHIO

| | | |
|---|---|---|
| **JANE DOE** | : | CASE NO. 3:14-CV-00046 |
| **Plaintiff,** | : | |
| vs. | : | **MAGISTRATE JUDGE MERZ** |
| **SPRINGFIELD-CLARK CAREER TECHNOLOGY CENTER, et al** | : | |
| **Defendants.** | : | |

## NOTICE OF VOLUNTARY DISMISSAL OF ALL CAUSES OF ACTION AGAINST JEFFREY SCOTT ROHRER

Now comes Plaintiff, by and through counsel, and pursuant to Fed.R.Civ.P. 41(1)(A)(i) does hereby voluntarily dismiss all causes of action against Defendant Jeffrey Scott Rohrer ("Rohrer") without prejudice. As Rohrer has neither served an Answer or Motion for Summary Judgment in this matter, no Court Order is required for this dismissal.

Respectfully Submitted,

/s/ Konrad Kircher
Konrad Kircher (OH #0059249)
Ryan J. McGraw (OH #0089436)
KIRCHER & DAME, LLC
4824 Socialville Foster Road
Mason, Ohio 45040
Tel: 513-229-7996
Fax: 513-229-7995
kkircher@kircherlawoffice.com
rmcgraw@kircherlawoffice.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 25, 2016, I electronically filed the foregoing with the Clerk of Court using CM/ECF system and that a copy will be forwarded to all counsel via the CM/ECF system.  I further certify that a copy of the foregoing was also sent via regular U.S. mail to Defendant Jeffrey Rohrer, Inmate No. A688152, Chillicothe Correctional Institution, 15802 State Route 104 North, P.O. Box 5500, Chillicothe, Ohio 45601.

                                                /s/ Konrad Kircher
                                                Konrad Kircher (OH # 0059249)